J Christopher Jorgensen
Nevada Bar No. 5382
Erik J. Foley
Nevada Bar No. 14195
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail:  cjorgensen@lrrc.com
E-mail:  efoley@lrrc.com

*Attorneys for Defendant*
*Barclays Bank Delaware*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE H. PRO,<br><br>        Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK, DELAWARE;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; FIRST PREMIER BANK;<br>TRANSUNION, LLC,<br><br>        Defendants. | Case No.: 2:18-cv-01454-MMD-GWF<br><br>**STIPULATION AND**<br>**ORDER TO EXTEND DEFENDANT**<br>**BARCLAYS BANK DELAWARE'S**<br>**TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Michelle H. Pro ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") through their respective counsel, in light of the following facts:

## RECITALS

A.    Plaintiff filed the Complaint ("Complaint") against Barclays on or about August 7, 2017.

B.    Barclays was served with the Complaint on August 13, 2018.

C.    A Stipulation and Order was granted for Barclays' to Answer Complaint from September 4, 2018 to October 2, 2018.

D.    Barclays' current deadline to respond is October 2, 2018.

E.    The parties agreed to extend Barclays' time to respond to the Complaint through October 22, 2018, in order to give Barclays time to continue to investigate Plaintiff's claims

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

F.     There is good cause to grant this stipulation because Barclays requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

G.     Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Barclays respectfully request that the Court extend Barclays' time to respond to Plaintiff's Complaint through October 22, 2018.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Barclays hereby stipulate and agree that Barclays has up to and including October 22, 2018, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED**

DATED:  September 21, 2018          LEWIS ROCA
                                    ROTHGERBER CHRISTIE LLP


                                    By:   /s/ Erik Foley
                                          J Christopher Jorgensen
                                          Erik Foley
                                          *Attorneys for Defendant*
                                          *Barclays Bank Delaware*


DATED:  September 21, 2018          HAINES & KRIEGER, LLC


                                    By:   /s/ David Krieger
                                          David H. Krieger
                                          *Attorney for Plaintiff*
                                          *Michelle H. Pro*


                                    **ORDER**

                                    **IT IS SO ORDERED**

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

                                    DATED   9-24-2018