J Christopher Jorgensen
Nevada Bar No. 5382
Erik J. Foley
Nevada Bar No. 14195
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: efoley@lrrc.com

*Attorneys for Defendant*
*Barclays Bank Delaware*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE H. PRO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK, DELAWARE; EQUIFAX INFORMATION SERVICES, LLC; FIRST PREMIER BANK; TRANSUNION, LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01454-MMD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BARCLAYS BANK DELAWARE'S TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Michelle H. Pro ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") through their respective counsel, in light of the following facts:

**RECITALS**

A.　　Plaintiff filed the Complaint ("Complaint") against Barclays on or about August 7, 2017.

B.　　Barclays was served with the Complaint on August 13, 2018.

C.　　A Stipulation and Order was granted for Barclays' to Answer Complaint from September 4, 2018 to October 2, 2018.

D.　　A second Stipulation and Order was granted for Barclays' to Answer Complaint from October 2, 2018 to October 22, 2018.

E.　　Barclays' current deadline to respond is October 22, 2018.

106317891_1

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

F. The parties agreed to extend Barclays' time to respond to the Complaint through November 5, 2018, in order to give Barclays time respond to Plaintiff's recent settlement offer.

G. There is good cause to grant this stipulation because Barclays requires additional time to respond to Plaintiff's settlement offer, and to allow the parties additional time for settlement discussions in the event that Barclays does not accept Plaintiff's current offer.

H. Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Barclays respectfully request that the Court extend Barclays' time to respond to Plaintiff's Complaint through November 5, 2018.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Barclays hereby stipulate and agree that Barclays has up to and including November 5, 2018, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED**

DATED: October 17, 2018  LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Erik Foley
J Christopher Jorgensen
Erik Foley
*Attorneys for Defendant*
*Barclays Bank Delaware*

DATED: October 17, 2018  HAINES & KRIEGER, LLC

By: /s/ David Krieger
David H. Krieger
*Attorney for Plaintiff*
*Michelle H. Pro*

## **ORDER**

**IT IS SO ORDERED**

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED  10-19-2018